# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President; and Cheri Honkala,<br><br>    Plaintiffs,<br><br>  v.<br><br>Commission on Presidential Debates; Republican National Committee; Democratic National Committee; Frank J. Fahrenkopf, Jr.; Michael D. McCurry; Barack Obama; and Willard Mitt Romney,<br><br>    Defendants. | Civil Action No. 1:15-CV-01580-RMC |

### DEFENDANTS COMMISSION ON PRESIDENTIAL DEBATES, FRANK J. FAHRENKOPF, JR., AND MICHAEL D. MCCURRY'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Commission on Presidential Debates ("CPD"), Frank J. Fahrenkopf, Jr., and Michael D. McCurry request that the Court take judicial notice of the following attached documents from the Federal Election Commission ("FEC") agency record in League of Women Voters Education Fund, MUR 1287 (1980): (a) the League of Women Voters Education Fund's ("LWV") response to the Complaint filed by Barry Commoner and the Citizens Party (Exhibit A); and (b) the FEC's First General Counsel's Report and Certification (Exhibit B) dismissing the Complaint, all of which are available on the FEC's website, http://www.fec.gov/disclosure_data/mur/1287.pdf. These materials are submitted in support of Defendants' Motion to Dismiss.

Defendants' Memorandum in support of their Motion to Dismiss also cites complaints filed before the FEC, and the corresponding FEC decisions and First General Counsel's Reports addressing the CPD's candidate selection criteria in the following Matters Under Review ("MUR"):

- Green Party of U.S., MUR 6942 (2015), *available at* http://eqs.fec.gov/eqs/searcheqs?SUBMIT=continue

- Level the Playing Field, MUR 6869 (2015), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

- Sims, MUR 5530 (2005), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

- Farah, MUR 5414 (2004), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

- Hagelin, MUR 5378 (2004), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

- Englerius, MUR 5207 (2002), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

- Reform Party of U.S., MUR 4987 (2000), *available at* http://eqs.fec.gov/eqs/searcheqs;jsessionid=C9C4D687E5D1F715CA2C5A73068E8170?SUBMIT=continue.

Defendants request that the Court take judicial notice of these FEC filings and decisions as well under Rule 201 of the Federal Rules of Evidence.

### STATEMENT OF POINTS AND AUTHORITIES

The Court may take judicial notice of facts that are "generally known within the trial court's territorial jurisdiction" or that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Under Rule 201(c)(2) of the Federal Rules of Evidence, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Moreover, this Court has acknowledged

that it "may take judicial notice of public records from other proceedings . . . historical, political, or statistical facts, or any other facts that are verifiable with certainty." *Youkelsone v. FDIC*, 910 F. Supp. 2d 213, 221 (D.D.C. 2012) (internal citations omitted), *aff'd*, 560 Fed. Appx. 4 (D.C. Cir. 2014).

It is well settled that both agency decisions and agency filings, are matters of public record, and are proper subjects of judicial notice. *See Howard v. Gutierrez*, 474 F. Supp. 2d 41, 48 (D.D.C. 2007) (citing *Opoka v. INS*, 94 F.3d 392, 394 (7th Cir. 1996); *see also Gumpad v. Comm'r of Social Sec. Admin.*, 19 F. Supp. 3d 325, 328 (D.D.C. 2014) ("[A] court may consider, without triggering the conversion rule, matters of which judicial notice may be taken such as an agency decision contained in the administrative record.") (citations and internal quotation marks omitted); *Sears v. Magnolia Plumbing, Inc.*, 778 F. Supp. 2d 80, 84 (D.D.C. 2011) (taking judicial notice of corporate resolutions filed with the Maryland Department of Assessments and Taxation); *Roussin v. AARP, Inc.*, 664 F. Supp. 2d 412, 415 (S.D.N.Y. 2009) ("The Court may also take judicial notice of filings with government agencies that are a matter of public record.")

The FEC filings and decisions referenced above, and in Defendants' Memorandum in support of their Motion to Dismiss, are public records published on the FEC's website, the accuracy of which cannot be reasonably questioned. *See Janvey v. Democratic Senatorial Campaign Committee*, 793 F. Supp. 2d 825, 855, n.51 (N.D. Tex. 2011) (taking judicial notice of FEC advisory opinion and "related documents as publicly-available sources whose accuracy cannot reasonably be questioned") (internal quotation marks omitted). Because the contents of the FEC's records are not subject to dispute, Defendants request that the Court take judicial notice of the above-referenced FEC records, along with the attached LWV filings and the FEC's decision in MUR 1287.

Dated: January 8, 2016                    Respectfully Submitted,

By: /s/Lewis K. Loss
Lewis K. Loss, Bar No. 375793
LLoss@ljwllp.com
Uzoma Nkwonta, Bar No. 975323
UNKwonta@ljwllp.com
**LOSS JUDGE & WARD LLP**
600 14th Street, N.W., Suite 450
Washington, D.C.  20005
Telephone:  202.778.4060
Facsimile:  202.778.4099

*Attorneys for Defendants*
*Commission on Presidential Debates, Frank J. Fahrenkopf, Jr., and Michael D. McCurry*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      Respectfully submitted,

/s/ Lewis K. Loss
Lewis K. Loss, Bar No. 375793
LLoss@ljwllp.com
**LOSS, JUDGE & WARD, LLP**
600 14th Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: 202.778.4060
Facsimile: 202.778.4099