## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President; and Cheri Honkala, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:15-CV-01580-RMC |
| v. | ) ) | |
| Commission on Presidential Debates; Republican National Committee; Democratic National Committee; Frank J. Fahrenkopf, Jr.; Michael D. McCurry; Barack Obama; and Willard Mitt Romney, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned, counsel of record for the Commission on Presidential Debates ("CPD"), certify that to the best of my knowledge and belief, the CPD has no parent companies, subsidiaries, or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: January 8, 2016                  Respectfully Submitted,

                                        By:/s/Lewis K. Loss
                                        Lewis K. Loss, Bar No. 375793
                                        LLoss@ljwllp.com
                                        **LOSS JUDGE & WARD LLP**
                                        600 14th Street, N.W., Suite 450
                                        Washington, D.C.  20005
                                        Telephone:  202.778.4060
                                        Facsimile:  202.778.4099

                                        *Attorney for Defendant*
                                        *Commission on Presidential Debates*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

/s/ Lewis K. Loss
Lewis K. Loss, Bar No. 375793
LLoss@ljwllp.com
**LOSS, JUDGE & WARD, LLP**
600 14th Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: 202.778.4060
Facsimile: 202.778.4099