# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President;** and **Cheri Honkala,**<br><br>         Plaintiffs,<br><br>    v.<br><br>**Commission on Presidential Debates; Republican National Committee; Democratic National Committee; Frank J. Fahrenkopf, Jr. Michael D. McCurry; Barack Obama;** and **Willard Mitt Romney**<br><br>         Defendants. | Civil Action No. 1:15-cv-1580-RMC |

## PLAINTIFF'S MOTION FOR ORAL ARGUMENT

Plaintiffs, through their undersigned attorneys, hereby move this Court to grant them 30 minutes of oral argument to address Defendants' Motions to Dismiss filed in the above-captioned case.

As grounds hereof Plaintiffs submit as follows:

1. Each of the four (4) Motions to Dismiss is fully briefed.

2. Oral argument would assist this Court in understanding the nature, factual narratives, and case law underlying Plaintiffs' antitrust and First Amendment claims of first impression.

3. Oral argument would assist this Court in clarifying the Plaintiffs' and the Defendants' opposing representations and disparate characterizations as regards the nature of this action; the

factual bases of this action and the defenses thereto, along with the case law underlying Plaintiffs' antitrust and First Amendment claims at issue in this case.

Plaintiffs consulted with counsel for Defendants and were informed that all Defendants oppose this Motion for Oral Argument.

Respectfully submitted this 4th day of May, 2016.

        *s/ Bruce Fein*
        Bruce Fein (D.C. Bar #446615)
        W. Bruce DelValle (FL Bar 779962)
        FEIN & DELVALLE PLLC
        300 New Jersey Avenue, N.W., Suite 900
        Washington, D.C. 20001
        Telephone: (202) 465-8727
        Facsimile: (202) 347-0130
        *bruce@feinpoints.com*
        *DelValle@feindelvalle.com*
        **Counsel for Plaintiffs Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President; and Cheri Honkala.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2016, I electronically filed the foregoing Consolidated Response to the Motions to Dismiss with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system, which will serve all registered CM/ECF users.

        */s/ Bruce Fein*                                        .
        Bruce Fein
        Bar No: 446615