UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **GARY E. JOHNSON**, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 15-1580 (RMC) |
| **COMMISSION ON PRESIDENTIAL DEBATES**, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that the unopposed Request for Judicial Notice filed by the Commission on Presidential Debates, Frank Fahrenkopf, and Michael McCurry [Dkt. 41] is **GRANTED IN PART AND DENIED IN PART**; it is granted only to the extent that the Court expressly cited judicially-noticed material in the Opinion; and it is

**FURTHER ORDERED** that Defendants' motions to dismiss [Dkts. 37, 38, 39, 40] are **GRANTED** and this case is **DISMISSED**; and it is

**FURTHER ORDERED** that Plaintiffs' motion for hearing [Dkt. 50] is **DENIED** as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4. This case is closed.

Date:  August 5, 2016

　　　　　　　　　　　　　　/s/
ROSEMARY M. COLLYER
United States District Judge