UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President; and Cheri Honkala, <br><br>        Plaintiffs, <br><br>  v. <br><br>Commission on Presidential Debates; Republican National Committee; Democratic National Committee; Frank J. Fahrenkopf, Jr.; Michael D. McCurry; Barack Obama; and Willard Mitt Romney, <br><br>        Defendants. | Civil Action No. 1:15-CV-01580-RMC |

**JOINT MOTION TO ALTER OR AMEND ORDER**

Plaintiffs and Defendants in this action hereby jointly move the Court for an order altering or amending the Court's August 5, 2016 Memorandum and Opinion, Dkt. 52 ("Opinion"), issued contemporaneously with the August 5, 2016 Order granting Defendants' motions to dismiss, Dkt. 53, to revise, in part, a sentence appearing on pages four and five of the Opinion. That sentence misstates Plaintiffs' allegations and could cause unnecessary confusion about a matter of public interest.

The Opinion contains the following sentence:

> **The MOU also provided for candidate selection criteria for the presidential debates,** including (1) evidence of "ballot access"—that the candidate qualified to appear on enough State ballots to have a mathematical chance of securing an electoral college majority; and (2) evidence of "electoral support"—that the candidate had the support of 15% of the national electorate as determined by averaging public opinion polls from five selected national polling organizations (the 15% Provision).

Opinion at 4-5 (emphasis added to highlight language at issue).  As Plaintiffs allege in their Complaint, the parties to the MOU "agree[d] that the Commission's Nonpartisan Candidate Selection Criteria for 2012 General Election Debate participation shall apply in determining the candidates to be invited . . . ." (Compl. ¶ 73, Dkt. 1).  The Complaint does not allege that the MOU itself was the source of the candidate selection criteria for the presidential debates.  Rather, it alleges the MOU adopted the Commission's Criteria.  As issued, the Opinion could create confusion with respect to this point that may well be of public interest.

In order to avoid any potential confusion, therefore, Plaintiffs and Defendants respectfully request that the Court enter an order in the form attached hereto altering or amending the Opinion to revise the above-referenced sentence appearing on pages four and five to read as follows:

> The MOU also provided that the parties "agree[d] that the Commission's Nonpartisan Candidate Selection Criteria for 2012 General Election Debate participation shall apply in determining the candidates to be invited to participate in these debates." Id. ¶ 73.  Those criteria include: (1) evidence of 'ballot access'—that the candidate qualified to appear on enough State ballots to have a mathematical chance of securing an electoral college majority; and (2) evidence of "electoral support"—that the candidate had the support of 15% of the national electorate as determined by averaging public opinion polls from five selected national polling organizations (the 15% Provision).

Dated this 11th day of August, 2016.

        Respectfully Submitted,

        By: /s/Lewis K. Loss
        Lewis K. Loss, Bar No. 375793
        LLoss@ljwllp.com
        Uzoma Nkwonta, Bar No. 975323
        UNkwonta@ljwllp.com
        **LOSS JUDGE & WARD LLP**
        600 14th Street, N.W., Suite 450
        Washington, D.C. 20005
        Telephone: 202.778.4060
        Facsimile: 202.778.4099

*Attorneys for Defendants*
*Commission on Presidential Debates, Frank J.*
*Fahrenkopf, Jr., and Michael D. McCurry*


        By: /s/Elisabeth C. Frost
        Elisabeth C. Frost, Bar No. 1007632
        EFrost@perkinscoie.com
        Robert F. Bauer, Bar No. 938902
        RBauer@perkinscoie.com
        Marc E. Elias, Bar No. 442077
        MElias@perkinscoie.com
        **PERKINS COIE LLP**
        700 Thirteenth Street, N.W., Suite 600
        Washington, D.C. 20005-3960
        Telephone: 202.654.6200
        Facsimile: 202.654.6211

*Attorneys for Defendants*
*Democratic National Committee and President*
*Barack Obama*

By: /s/John R. Phillippe, Jr.
John R. Phillippe, Jr., Bar No. 501732
JPhillippe@gop.com
**REPUBLICAN NATIONAL COMMITTEE**
310 First Street, S.E.
Washington, D.C.  20003
Telephone:  202.863.8638
Facsimile:  202.863.8654

and

Charles H. Bell, Jr. (*Pro Hac Vice*)
Cbell@bmhlaw.com
**BELL MCANDREWS & HILTACHK, LLP**
455 Capitol Mall, Suite 600
Sacramento, CA 95814
(916) 442-7757

*Attorneys for Defendant Republican National Committee*

By: /s/ James M. Burnham
 Noel J. Francisco (D.C. Bar 464752)
James M. Burnham (D.C. Bar 1015196)
**JONES DAY**
51 Louisiana Avenue, N.W.
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com
jmburnham@jonesday.com

*Attorneys for Defendant Willard Mitt Romney*

By: /s/ Bruce Fein
Bruce Fein (D.C. Bar 446615)
**FEIN & DELVALLE PLLC**
300 New Jersey Avenue, N.W., Suite 900
Washington, D.C. 20001
(202) 463-8727
bruce@feinpoints.com

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2016, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Columbia by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Respectfully submitted,

/s/ Lewis K. Loss
Lewis K. Loss, Bar No. 375793
LLoss@ljwllp.com
Loss, Judge & Ward, LLP
600 14th Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: 202.778.4060
Facsimile: 202.778.4099