UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary E. Johnson; Gary Johnson 2012, Inc.; Libertarian National Committee; James P. Gray; Green Party of the United States; Jill Stein; Jill Stein for President; and Cheri Honkala,<br><br>    Plaintiffs,<br><br>v.<br><br>Commission on Presidential Debates; Republican National Committee; Democratic National Committee; Frank J. Fahrenkopf, Jr.; Michael D. McCurry; Barack Obama; and Willard Mitt Romney,<br><br>    Defendants. | Civil Action No. 1:15-CV-01580-RMC |

## ORDER GRANTING JOINT MOTION TO ALTER OR AMEND ORDER

Upon consideration of Plaintiffs and Defendants' Joint Motion to Alter or Amend Order, it is hereby

ORDERED that the Joint Motion to Alter or Amend Order be GRANTED.

The Memorandum and Opinion, Dkt. 52 ("Opinion"), issued contemporaneously with the Order granting Defendants' motions to dismiss on August 5, 2016, Dkt. 53, contains the following sentence:

> The MOU also provided for candidate selection criteria for the presidential debates, including (1) evidence of "ballot access"—that the candidate qualified to appear on enough State ballots to have a mathematical chance of securing an electoral college majority; and (2) evidence of "electoral support"—that the candidate had the support of 15% of the national electorate as determined by averaging public opinion polls from five selected national polling organizations (the 15% Provision).

Opinion at 4-5. This sentence is hereby revised to read as follows:

The MOU also provided that the parties "agree[d] that the Commission's Nonpartisan Candidate Selection Criteria for 2012 General Election Debate participation shall apply in determining the candidates to be invited to participate in these debates." Id. ¶ 73. Those criteria include: (1) evidence of 'ballot access'—that the candidate qualified to appear on enough State ballots to have a mathematical chance of securing an electoral college majority; and (2) evidence of "electoral support"—that the candidate had the support of 15% of the national electorate as determined by averaging public opinion polls from five selected national polling organizations (the 15% Provision).

DONE AND ORDERED in Washington, District of Columbia, this 15 day of August, 2016

*Rosemary M. Collyer*
THE HONORABLE ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE